IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **STEPHEN N.,**[1] <br><br>             Plaintiff, <br><br>      v. <br><br> **COMMISSIONER OF SOCIAL SECURITY**, <br><br>             Defendant. | Case No. 1:17-cv-02020-SB <br><br> **ORDER** |

**IMMERGUT, District Judge.**

      Plaintiff, Stephen N., seeks review of a final decision of the Commissioner of Social Security ("Commissioner") denying his application for Disability Insurance Benefits ("DIB") under Title II of the Social Security Act. On December 7, 2020, Magistrate Judge Stacie F. Beckerman issued her Findings and Recommendation ("F&R") in this case, recommending that this Court affirm the Commissioner's decision and dismiss the case. ECF 25. No party filed objections.

---

[1] In the interest of privacy, this order uses only the first name and the initial of the last name of the non-governmental party in this case.

PAGE 1 – ORDER

## DISCUSSION

Under the Federal Magistrates Act ("Act"), as amended, the court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). If a party objects to a magistrate judge's F&R, "the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.* But the court is not required to review, de novo or under any other standard, the factual or legal conclusions of the F&R to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140, 149–50 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc). Nevertheless, the Act "does not preclude further review by the district judge, *sua sponte*" whether de novo or under another standard. *Thomas*, 474 U.S. at 154.

No party having filed objections, this Court has reviewed the F&R and accepts Judge Beckerman's conclusions. The F&R, ECF 25, is adopted in full. The decision of the Commissioner is AFFIRMED and this case is DISMISSED.

**IT IS SO ORDERED**.

DATED this 2nd day of January, 2021.

/s/ Karin J. Immergut
Karin J. Immergut
United States District Judge